No. 683. THROCKMORTON *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co. C. A. 8th Cir. Certiorari denied. *Edward F. Prichard, Jr.* for petitioner. *Roscoe Anderson* and *C. H. Skinker, Jr.* for respondent.

No. 337, Misc. BYERS *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 392, Misc. CROMELIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 440, Misc. MITCHELL *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 442, Misc. STERBA *v.* BORELLI, JUDGE, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 443, Misc. RIVERS *v.* INDIANA. Circuit Court of St. Joseph County, Indiana. Certiorari denied.

No. 444, Misc. SWOVELAND *v.* SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 447, Misc. ROHDE *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 448, Misc. BARNES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.